## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DARNELL WILLIAMS, on behalf of       :    Case no. 1:25-cv-7371
himself and all others similarly situated,  :

              Plaintiffs,     :

              v.         :    **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

1stdibs.com, Inc.,         :

              Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

    **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated: September 9, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*
**/s/ Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: Dreyes@ealg.law